UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1912

JONATHON MOSELEY,

Plaintiff - Appellant,

v.

THE CIRCUIT COURT OF ARLINGTON COUNTY, By its Agent and
Officer, the Honorable Benjamin Kendrick; THE CIRCUIT COURT
OF ARLINGTON COUNTY, By its Agent and Officer, The Honorable
Joanne Alper; THE OFFICE OF CLERK OF THE COURT, (Elected) By
its Agent and Officer, The Honorable Paul Ferguson, Clerk
Possibly as Co-Plaintiff to receive Guidance; COLBY MAY,
Esq. Officer of the Court; DAVID K. HALLER, Esq. Officer of
the Court,

Defendants – Appellees,

and

BRAD WEISS, Esq. Officer of the Court,

Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:08-cv-00255-CMH-TRJ)

Submitted:  December 16, 2008      Decided:  December 19, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathon Moseley, Appellant Pro Se. Christy Monolo, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathon Moseley appeals the district court's order dismissing his complaint under 42 U.S.C. § 1983 (2000) and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moseley v. The Circuit Court of Arlington, No. 1:08-cv-00255-CMH-TRJ (E.D. Va. filed July 17, 2008 and entered July 18, 2008). We deny Moseley's motion for summary disposition and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED